

RECEIVED
EE
4/11/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**TAMIKA JOHNSON, Plaintiff**

**v.**

**DARNINA JOHNSON, Defendant**

1:26-cv-04076
Judge Georgia N. Alexakis
Magistrate Judge Laura K. McNally
RANDOM / Cat. 3

## COMPLAINT FOR COPYRIGHT INFRINGEMENT AND INJUNCTIVE RELIEF

## I. INTRODUCTION

1. This action arises from Defendant's repeated, unauthorized use, reproduction, and distribution of Plaintiff's copyrighted photographs and video content across social media platforms.

2. Defendant has used Plaintiff's copyrighted works in connection with misleading, false, and inflammatory narratives concerning third parties, including Carlos Smith and Quadajah Johnson, in a manner designed to generate attention, engagement, and potential financial gain.

3. Defendant's conduct is ongoing and constitutes willful copyright infringement, as demonstrated by repeated postings, continued use after notice, and deliberate association of Plaintiff's content with harmful and misleading subject matter.

## II. PARTIES

4. Plaintiff, Tamika Johnson, is an individual residing in Illinois and is the lawful owner of the copyrighted works at issue.

5. Defendant, Darnina Johnson, is an individual who, upon information and belief, engages in social media activity accessible nationwide.

## III. JURISDICTION AND VENUE

6. This Court has jurisdiction under 28 U.S.C. § 1331 and the Copyright Act, 17 U.S.C. § 101 et seq.

7. Venue is proper in this District because Defendant's infringing content is accessible and has caused harm within this District.

## IV. FACTUAL ALLEGATIONS

8. Plaintiff is the creator and lawful owner of original photographs and video content protected under United States copyright law.

9. Plaintiff's works were publicly posted on Plaintiff's social media platforms, including Facebook and TikTok, establishing ownership and first publication (see Exhibit A).

10. Plaintiff obtained and/or secured full rights to the works, including through written authorization and copyright registration (see Exhibit B).

11. Defendant, without permission or authorization, reproduced, published, and distributed Plaintiff's copyrighted works across social media platforms (see Exhibit C).

12. Defendant has engaged in repeated and ongoing use of Plaintiff's content, including after removals and notice of infringement.

13. Defendant has publicly demonstrated awareness of copyright enforcement and legal consequences while continuing to engage in infringing conduct (see Exhibit D).

14. Defendant submitted counter-notifications and correspondence acknowledging the dispute and attempting to restore removed content (see Exhibit E).

15. Defendant has used Plaintiff's copyrighted content in connection with posts containing misleading, false, and inflammatory narratives about third parties, demonstrating intentional and improper use of Plaintiff's works (see Exhibit F).

16. Upon information and belief, Defendant's conduct is intended to increase engagement, visibility, and potential monetization through repeated posting of Plaintiff's content.

## V. CLAIM FOR RELIEF – COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

17. Plaintiff incorporates all prior paragraphs.

18. Plaintiff owns valid copyrights in the works at issue.

19. Defendant copied, reproduced, displayed, and distributed Plaintiff's works without authorization.

20. Defendant's infringement is willful, as demonstrated by repeated use of Plaintiff's content, continued conduct after notice and removal, public acknowledgment of copyright issues, and use of the content in connection with misleading and inflammatory narratives.

21. Plaintiff has suffered damages and is entitled to statutory damages, actual damages, and injunctive relief.

## VI. REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff;

B. Award statutory damages and/or actual damages;

C. Issue injunctive relief prohibiting Defendant from further use of Plaintiff's copyrighted content;

D. Award costs and any applicable fees;

E. Permit discovery into Defendant's financial records, including but not limited to records from Meta Platforms, Inc., from May 2025 through April 2026, to determine whether Defendant profited from the infringing conduct;

F. Grant any further relief the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,
Tamika Johnson
Plaintiff, Pro Se

# Exhibit A: Plaintiff's Original Facebook and TikTok Posts Evidencing First Publication, Authorship, and Ownership of the Photographs at Issue

*Exhibit A-1*



**Exhibit A-2**



*Exhibit A-3*



**Exhibit B: U.S. Copyright Registration, Written Grant of Rights from Original Creator, and Plaintiff's Sworn Declaration Establishing Ownership and Exclusive Rights to the Subject Photographs**



**CS**

**Carlos** ›

you took the photo of yourself wearing the red hat, red bow tie, and black blazer, and that you are giving me (Tamika Johnson) full ownership of that photo.

This includes the right for me to register it under my copyright, use it, and take legal action if someone uses it without permission.

Also confirm that you haven't given ownership of that photo to anyone else.

Also the FaceTime photo

Delivered

Wednesday 11:09 AM

I, Carlos Smith, took the photo of myself wearing the red hat, red bow tie, and black blazer, along with FaceTime photo etc.

I give Tamika Johnson full ownership of this photo, including the right to register it, use it, and enforce copyright.

I have not given ownership of this photo to anyone else.



**CS**

**Carlos** ›

Hey, I need a quick written confirmation for legal purposes.

Can you please confirm that you took the photo of yourself wearing the red hat, red bow tie, and black blazer, and that you are giving me (Tamika Johnson) full ownership of that photo?

This includes the right for me to register it under my copyright, use it, and take legal action if someone uses it without permission.

Also confirm that you haven't given ownership of that photo to anyone else.

Also the FaceTime photo

Delivered

Wednesday 11:09 AM

I, Carlos Smith, took the photo of myself wearing the red hat, red bow tie, and black blazer, along with FaceTime photo etc.

**Registration Number**

# VA 2-492-560

**Effective Date of Registration:**
March 26, 2026
**Registration Decision Date:**
April 01, 2026

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** February 16, 2025 to November 30, 2025

## Title _____

**Title of Group:** Tamika Johnson 2025 Published Photos/videos - Carlos & Holly (Baby Shower-Los in Red-Thanksgiving)
**Number of Photographs in Group:** 33

## Completion/Publication _____

**Year of Completion:** 2025
**Earliest Publication Date in Group:** February 16, 2025
**Latest Publication Date in Group:** November 30, 2025
**Nation of First Publication:** United States

## Author _____

- **Author:** Tamika Johnson
**Author Created:** photographs
**Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Tamika Johnson
PO Box 916, North Chicago, IL, 60064

## Rights and Permissions _____

Page 1 of 2

**Name:** Tamika Johnson
**Email:** tavieon2001@yahoo.com
**Telephone:** (872)433-3726x1
**Address:** PO Box 916
North Chicago, IL 60064

## Certification

**Name:** Tamika Johnson
**Date:** March 03, 2026

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# DECLARATION OF PLAINTIFF

I, Tamika Johnson, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am the lawful owner of certain original photographic works that are the subject of this action.

2. These photographic works were either created by me or are works over which I hold valid ownership rights, including the exclusive rights to reproduce, distribute, and display such works.

3. I have not granted authorization, license, or permission to the defendant to use, reproduce, distribute, display, or otherwise exploit these copyrighted works.

4. Any use of my copyrighted works by the defendant was done without my consent and constitutes unauthorized use.

5. I maintain all rights, title, and interest in and to the copyrighted works at issue in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____04/11/2026_____

Signature: _____

Name: Tamika Johnson



Exhibit C: Defendant's Ongoing and Repeated Unauthorized Use, Reproduction, and Distribution of Plaintiff's Copyrighted Photographs and Video Content, Including Defamatory and Misleading Statements Accompanying the Infringing Posts



Exhibit C: Defendant's Ongoing and Repeated Unauthorized Use, Reproduction, and Distribution of Plaintiff's Copyrighted Photographs and Video Content, Including Defamatory and Misleading Statements Accompanying the Infringing Posts



Exhibit C: Defendant's Ongoing and Repeated Unauthorized Use, Reproduction, and Distribution of Plaintiff's Copyrighted Photographs and Video Content, Including Defamatory and Misleading Statements Accompanying the Infringing Posts



Exhibit C: Defendant's Ongoing and Repeated Unauthorized Use, Reproduction, and Distribution of Plaintiff's Copyrighted Photographs and Video Content, Including Defamatory and Misleading Statements Accompanying the Infringing Posts



Exhibit C: Defendant's Ongoing and Repeated Unauthorized Use, Reproduction, and Distribution of Plaintiff's Copyrighted Photographs and Video Content, Including Defamatory and Misleading Statements Accompanying the Infringing Posts



Exhibit C: Defendant's Ongoing and Repeated Unauthorized Use, Reproduction, and Distribution of Plaintiff's Copyrighted Photographs and Video Content, Including Defamatory and Misleading Statements Accompanying the Infringing Posts



Exhibit C: Defendant's Ongoing and Repeated Unauthorized Use, Reproduction, and Distribution of Plaintiff's Copyrighted Photographs and Video Content, Including Defamatory and Misleading Statements Accompanying the Infringing Posts



Exhibit C: Defendant's Ongoing and Repeated Unauthorized Use, Reproduction, and Distribution of Plaintiff's Copyrighted Photographs and Video Content, Including Defamatory and Misleading Statements Accompanying the Infringing Posts

# Exhibit D
# Defendant's Public Statements Reflecting Awareness of Copyright Enforcement While Continuing Infringing Conduct (continued)

***Exhibit D1***



**Exhibit D2**



*Exhibit D3*



*Exhibit D4*



*Exhibit D5*



*Exhibit D6*



*Exhibit D7*



*Exhibit D8*



**Exhibit D9**



7:17

**Nina Johnson** ✔
Feb 24 · 🌐

She wrote:

"All photographs and videos of Carlos, Carson, Holly, myself, and our families are protected…"

That is partly misleading.

Copyright protects:

✔ The photo itself

It does NOT protect:

❌ The person's face
❌ Their identity
❌ Their story
❌ Public facts

You can still:

✔ Discuss them
✔ Report on them
✔ Comment on them
✔ Create original artwork about them

3️⃣ Registration Claims May Be Exaggerated

She wrote:

"All photographs and videos… are registered"

Registering thousands of photos takes time and filing numbers.

If true, she would have:

Write a comment…

*Exhibit D10*



*Exhibit D11*



Exhibit E: Defendant's DMCA Counter-Notification and Cease and Desist Correspondence, Demonstrating Defendant's Acknowledgment of the Copyright Dispute, Attempt to Restore Removed Infringing Content, and Efforts to Deter Plaintiff from Enforcing Her Federally Registered Copyright Rights

 **Facebook**  5:56 AM
To: tamikajohnson0517@gmail.com >
Reply To: Facebook >

## Copyright Report Form #963571129535359

We are contacting you because we have received a counter-notification claiming that content we removed or disabled at your request was removed or disabled as a result of mistake or misidentification. The information provided to us by the person who submitted the counter-notification is included below.

Under the counter-notification process described in section 512(g)(2) of the Digital Millennium Copyright Act ("DMCA"), we will restore or cease disabling access to the removed or disabled material unless you notify us within 10 business days that you have filed an action seeking a court order to restrain the reported party from engaging in infringing activity on our platform related to the material in question.

No response to this message is required unless you have filed an action as described above and wish to provide us with notice of the action (preferably, along with a copy of your filed complaint), by replying to this message.

DMCA Counter-Notification:

Name: Nina Johnson
Mailing Address: 116 Nasson Ln , Oak Ridge TN 37830
Telephone: 18655855690
Email: ninafinancialfirm@gmail.com

Please provide URL(s)/description leading to where the content appeared on Instagram AND an explanation of why you believe the content should be restored.:

https://www.facebook.com/share/p/1AusZH3TyY/?mibextid=wwXlfr

By submitting this counter-notice, you consent to the jurisdiction of the Federal

https://www.facebook.com/share/p/1AusZH3TyY/?mibextid=wwXlfr

By submitting this counter-notice, you consent to the jurisdiction of the Federal District Court for the judicial district in which your address is located, or if your address is outside the United States, for any judicial district in which Instagram, LLC may be found agree to accept service of process from the party who reported your content, or that party's agent state under penalty of perjury that you have a good faith belief that the material in question was removed or disabled as a result of mistake or misidentification.:
I Agree
Electronic Signature:
Nina Johnson

Thanks,
Meta



**DJ** **Darnina Johnson**    2/25/26
To: Tamika Johnson >

# Formal Cease and Desist Notice – False Copyright Claims

Tammy Johnson,

This letter serves as a formal demand that you immediately cease and desist from submitting false copyright infringement claims against my content.

It has come to my attention that you have repeatedly filed copyright complaints targeting material published on my profile. After reviewing the claims submitted, it is my position that these reports are knowingly false and constitute a misuse of the Digital Millennium Copyright Act (DMCA) reporting system.

Under 17 U.S.C. §512(f), any person who knowingly materially misrepresents that material is infringing shall be liable for damages, including costs and attorney's fees, incurred by the alleged infringer as a result of such misrepresentation. DMCA complaints require a sworn statement

knowingly materially misrepresents that material is infringing shall be liable for damages, including costs and attorney's fees, incurred by the alleged infringer as a result of such misrepresentation. DMCA complaints require a sworn statement made under penalty of perjury. Submitting a claim without legitimate ownership rights or without a valid legal basis exposes the reporting party to civil liability.

Your repeated submissions appear to be part of a pattern intended to interfere with my business operations, monetization, and public advocacy platform. Such actions may constitute:

• DMCA misrepresentation under 17 U.S.C. §512(f)
• Tortious interference with business expectancy
• Abuse of reporting mechanisms
• Potential defamation if knowingly false assertions are made

Accordingly, you are hereby demanded to:

1. Immediately cease filing any further

assertions are made

Accordingly, you are hereby demanded to:

1. Immediately cease filing any further copyright complaints against my content unless you possess valid, federally protected ownership rights to the specific material at issue.
2. Retract any existing false complaints where no legitimate copyright interest exists.
3. Preserve all communications, submissions, and documentation related to any reports you have filed, as they may be subject to evidentiary review.

If this conduct continues, I reserve all rights to pursue appropriate legal remedies available under federal law, including damages and attorney's fees.

This correspondence is sent in good faith in an effort to resolve this matter without formal litigation. Nothing contained herein shall be construed as a waiver of any rights or remedies available to me.

Govern yourself accordingly.

1. Immediately cease filing any further copyright complaints against my content unless you possess valid, federally protected ownership rights to the specific material at issue.

2. Retract any existing false complaints where no legitimate copyright interest exists.

3. Preserve all communications, submissions, and documentation related to any reports you have filed, as they may be subject to evidentiary review.

If this conduct continues, I reserve all rights to pursue appropriate legal remedies available under federal law, including damages and attorney's fees.

This correspondence is sent in good faith in an effort to resolve this matter without formal litigation. Nothing contained herein shall be construed as a waiver of any rights or remedies available to me.

Govern yourself accordingly.

Sincerely,
Nina Johnson

# Exhibit F – Pattern of Harassing, Defamatory, and Targeted Social Media Posts by Defendant Demonstrating Ongoing Misconduct, Malice, and Willful Conduct

The following pages contain screenshots of Defendant's social media activity evidencing a pattern of repeated, targeted, and harmful statements.



Nina Johnson
Jan 13 · 🌐

I wonder how many times Quadajah told Carlos she was going to unalive Romeca? He still quiet about it! I know he heard her say it. He can't even lie at this point. She worked on that protection order for MONTHS!!!!!!!!

 249    72   ⤳ 4



**Nina Johnson** ✓
Nov 15, 2025 · 🌐

It takes a Johnson to dominate a Johnson. Why do you think my content reaches higher? When they look for Holly they see me. When you see me. YOU SEE ROMECA!!!! Holly can't speak for herself. But I can speak about Romeca. Justice is near!

 248     70    3







**Nina Johnson** ✔
Jan 13 · 🌐

# I seen the fist bump even if it's no longer entered in evidence per the judge. For those who never seen it. Carlos initiated it. Ijs

 354    245    4





**Nina Johnson** ✔

Jan 7 · 🌎

**Based on the new lead Holly must be ready to give up all the information to get out since nothing worked so far. Shifting the blame as Carlos as the aggressor. Wow did he put a 🔫 to her head and made her do it. I doubt it!🧐 Justice4Romeca**

👍 265      💬 145      ↗ 11      👍❤️😲



**Nina Johnson** ☑
15m · 🌐

All I can hear her saying is, "YOU A BUM HOLLY".

Come to find out she was right the whole entire time. Only a bum would do that to their sons brothers mother!

Justice 4 ROMECA!





**Nina Johnson** ✓
56m · 🌐

Deep down they all have accepted that QUADAEDAE BABY MOMMA #2 will not be released from that jail and that she will soon be sent off to prison and then finally LOS IS NEXT!

$25 a question! That dude is weird and sounds like a baby clown!🤡



**Nina Johnson** ☑
Jan 2 · 🌐

I got a comment from someone I just blocked. They had 4 friends and said I was attaching Carlos character.

Did we forget about the videos he shared?

I never forget. Leave me tf alone. I'm nicer than most of everyone that can't stand him!

👍 55    💬 24    ↪

           

# Exhibit G – Identified Infringing URLs of Defendant's Social Media Posts

Plaintiff identifies the following URLs as additional instances of Defendant's unauthorized reproduction, display, and distribution of Plaintiff's copyrighted works. These links further demonstrate the ongoing, willful, and repeated nature of Defendant's infringing conduct.

https://www.facebook.com/share/p/1AusZH3TyY/?mibextid=wwXIfr

https://www.facebook.com/share/v/1DdaYeYi23/?mibextid=wwXIfr

https://www.facebook.com/share/r/1CUB7GAhQY/?mibextid=wwXIfr

https://www.facebook.com/share/r/1CNyzfurz3/?mibextid=wwXIfr

https://www.facebook.com/share/r/1B8qcBZM6e/?mibextid=wwXIfr

https://www.facebook.com/share/r/1C7vckEsH8/?mibextid=wwXIfr

https://www.facebook.com/share/p/1CBR8uqRnh/?mibextid=wwXIfr